IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PETER KEITH HARVEY                                                                    PLAINTIFF
ADC #149585

v.                            CASE NO. 5:18-CV-00111 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                    DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 4] have been received. Plaintiff Peter Harvey has not filed objections. After careful consideration, the proposed findings and recommendations are adopted in their entirety, and Harvey's complaint is dismissed without prejudice. This dismissal constitutes a strike for the purposes of 28 U.S.C. section 1915(g), and it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 25th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE